UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN GORHAM<br><br>Defendant. | Criminal Case No. 23-CR-206 (ABJ) |

## VERDICT FORM

**Count One-**

How do you find the defendant **STEVEN GORHAM**, on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____ Guilty          \_\_\_\_X_____ Not Guilty